**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6108**

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

        v.

HERMAN LEE INGRAM,

                Defendant – Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Henry E. Hudson, District
Judge.  (3:05-cr-00361-HEH-1)

Submitted:  April 8, 2011          Decided:  April 22, 2011

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Herman Lee Ingram, Appellant Pro Se.  Olivia L. Norman, OFFICE
OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herman Lee Ingram appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Ingram, No. 3:05-cr-00361-HEH-1 (E.D. Va. Dec. 21, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED